UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHIVA STEIN, | : |
| | : |
| Plaintiff, | : Civ. No. 1:19-cv-06669-LGS |
| | : |
| v. | : |
| | : |
| SOTHEBY'S, JESSICA M. BIBLIOWICZ, LINUS W.L. CHEUNG, KEVIN C. CONROY, DOMENICO DE SOLE, THE DUKE OF DEVONSHIRE, DANIEL S. LOEB, MARSHA E. SIMMS, THOMAS S. SMITH, JR., DIANA L. TAYLOR, DENNIS M. WEIBLING, HARRY J. WILSON, MICHAEL J. WOLF, | : |
| , | : |
| Defendants. | : |

---

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED: September 16, 2019          Respectfully submitted,

                                                      **WOLF HALDENSTEIN ADLER**
                                                    **FREEMAN & HERZ LLP**

                                                      /s *Gloria Kui Melwani*
                                                      Gloria Kui Melwani (GM5661)
                                                      270 Madison Avenue
                                                      New York, New York 10016

Tel:  (212) 545-4600
Fax: (212) 686-0114
Email:  melwani@whafh.com
*Attorneys for Plaintiff*